# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1801
_____

United States of America

*Plaintiff - Appellee*

v.

James Paul Hubbell

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: October 15, 2024
Filed: October 21, 2024
[Unpublished]
_____

Before LOKEN, SMITH, and KOBES, Circuit Judges.
_____

PER CURIAM.

James Paul Hubbell appeals after the district court[1] revoked his supervised release and sentenced him to 24 months in prison and 36 months of supervised

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

release. His counsel has moved for leave to withdraw and has filed a brief challenging the substantive reasonableness of the sentence.

We conclude that the sentence was not an abuse of discretion. See United States v. Miller, 557 F.3d 910, 916 (8th Cir. 2009) (standard of review). There is no indication that the district court failed to consider a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. See United States v. Larison, 432 F.3d 921, 923 (8th Cir. 2006) (considerations for reasonableness of sentence). Further, the sentence was within the statutory limits. See 18 U.S.C. § 3583(e)(3) (maximum revocation prison term is 2 years if underlying offense is Class C felony); 21 U.S.C. § 841(b)(1)(C) (term of supervised release is life); see also United States v. Morin, 95 F.4th 592, 595 (8th Cir. 2024).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____